1012

[No. 7129–7–I.   Division One.   May 27, 1980.]

THE STATE OF WASHINGTON, *Appellant,* v. CRAIG N. ANGUS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 84111, T. Patrick Corbett, J., entered October 30, 1978. *Dismissed* by unpublished per curiam opinion.

[No. 7324–9–I.   Division One.   May 27, 1980.]

J. DAN FIORITO, ET AL, *Respondents,* v. M. A. SEGALE, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 791756, Barbara J. Rothstein, J., entered January 10, 1979. *Affirmed in part* and *reversed in part* by unpublished opinion per Swanson, J., concurred in by Ringold and Durham–Divelbiss, JJ.

[No. 7361–3–I.   Division One.   May 27, 1980.]

ANN BROWN, ET AL, *Appellants,* v. SUPERIOR UNDER–WRITERS, ET AL, *Defendants,* MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 814924, James J. Dore, J., entered January 12, 1979. *Affirmed* by unpublished opinion per Durham–Divelbiss, J., concurred in by Callow, C.J., and Ringold, J.